IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| JEAN MARIE SMITH, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-108 (MN) (MPT) |
| | ) | |
| ANDREW M. SAUL, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, on December 5, 2019, Chief Magistrate Judge Mary Pat Thynge issued a Report and Recommendation (D.I. 21) in this action, recommending that the Court grant-in-part and deny-in-part both (1) Plaintiff's Motion for Summary Judgment (D.I. 13) and (2) the Commissioner's Cross-Motion for Summary Judgment (D.I. 16); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 6th day of January 2020 that the Report and Recommendation is ADOPTED. Plaintiff's Motion for Summary Judgment (D.I. 13) is GRANTED-IN-PART and DENIED-IN-PART and the Commissioner's Cross-Motion for Summary Judgment (D.I. 16) is GRANTED-IN-PART and DENIED-IN-PART. Consistent with the Recommendation, this matter is remanded in part. The appeals counsel shall address the

excluded limitations[1] in the hypothetical question posed to the vocational expert and re-assess plaintiff's residual functional capacity as it pertains to these excluded limitation.

IT IS FURTHER ORDERED, that the Office of General Counsel shall forward a copy of the Recommendation (D.I. 21) and a copy of this Order to the Office of Disability Adjudication and Review, Office of Appellate Operations for action by the Appeals Council.

IT IS FINALLY ORDERED that the Clerk of Court is directed to CLOSE this case.

The Honorable Maryellen Noreika
United States District Judge

---

[1] The Recommendation finds that the Administrative Law Judge did not address Plaintiff's digestive, bowel, or bladder limitations and the impact these limitations may have on Plaintiff's residual functional capacity. (*See* D.I. 21 at 30).